UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------X

MARCO MARTINEZ and ELSA HERNANDEZ,
individually and on behalf of all others similarly situated,

                              Plaintiffs,

-against-

PARAMOUNT COUNTRY CLUB, LLC,

                              Defendant.

---------------------------------------------------------------------------------X

Civil Action No.
18-cv-04668(VB)

### DECLARATION OF KENNETH J. KATZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR TO DISMISS THE AMENDED COMPLAINT AND COMPEL ARBITRATION

I, Kenneth J. Katz, hereby declare and state under penalty of perjury:

1.     I am member of the Bar of this Court and am a partner with the law firm of Katz Melinger PLLC, attorneys for the Plaintiffs. I am familiar with all of the facts and circumstances of this action. I submit this Declaration in Support of Plaintiff's Opposition to Defendant's Motion for to Dismiss the Amended Complaint and Compel Arbitration.

2.     Attached hereto as **Exhibit A** is true and correct copy of the Declaration of Plaintiff Marco Martinez dated October 26, 2018, along with a Certificate of Translation from English to Spanish.

3.     Attached hereto as **Exhibit B** is true and correct copy of the Declaration of Plaintiff Elsa Hernandez dated October 26, 2018, along with a Certificate of Translation from English to Spanish.

Dated: October 31, 2018
      New York, New York

                                Respectfully submitted,

                                **KATZ MELINGER PLLC**

By:    */s/ Kenneth J. Katz*_____
        Kenneth J. Katz
        280 Madison Avenue, Suite 600
        New York, New York 10016
        Telephone: (212) 460-0047
        kjkatz@katzmelinger.com

        *Counsel for Plaintiffs*