**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARCO MARTINEZ, and ELSA
HERNANDEZ, individually and on behalf of
all others similarly situated,
                                Plaintiffs,

               -against-

PARAMOUNT COUNTRY CLUB, LLC,
                               Defendant.
------------------------------------------------------------X

18 **CIVIL** 04668 (VB)

**RULE 68 JUDGMENT**

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant Paramount Country Club, LLC ("Paramount") having offered to allow Plaintiff Elsa Hernandez to take a judgment against Paramount in the amount of Eight Thousand Eight Dollars and Fifty-Two Cents ($8,008.52) inclusive of costs and disbursements and exclusive of reasonable attorney's fees, and Plaintiff Elsa Hernandez having accepted said offer of judgment on February 7, 2019, Plaintiff Elsa Hernandez's attorney having confirmed acceptance of Defendant's offer of judgment, and the matter having come before the Honorable Vincent L. Briccetti, United States District Judge, and the Court, on February 7, 2019, having rendered its Order directing the Clerk of Court to enter judgment as to Plaintiff Elsa Hernandez, exclusive of Hernandez's claims for attorney's fees in accordance with defendant's Offer of Judgment and plaintiff's acceptance thereof, it is hereby

**ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated February 7, 2019, Plaintiff Elsa Hernandez has judgment in the amount of Eight Thousand and Eight Dollars and Fifty-Two Cents ($8,008.52) which includes costs and expenses actually incurred by Plaintiff Elsa Hernandez, Plus Post Judgment interest pursuant to 28 U.S.C. § 1961., exclusive of Hernandez's claim for attorney's fees, in accordance with defendant's Offer of Judgment and plaintiff's acceptance thereof.

**Dated:** New York, New York
February 8, 2019

**RUBY J. KRAJICK**
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/8/2019