UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARCO MARTINEZ,
                 Plaintiff,

v.

PARAMOUNT COUNTRY CLUB, LLC,
                 Defendant.
--------------------------------------------------------------x

**ORDER**

18 CV 4668 (VB)

       On September 17, 2019, the Court granted in part and denied in part defendant's motion to compel arbitration and dismiss or stay this action pending arbitration. (Doc. #84). The Court further ordered the parties to inform the Court by joint letter of the status of arbitration by December 31, 2019, every ninety days thereafter.

       The parties have diligently complied with the Court's September 17 Order. In light of the parties' diligence, no further status updates are necessary.

       Rather, the action will remain STAYED pending arbitration and the Court will administratively close the case. The parties may move by letter motion to reopen the case within thirty days of the conclusion of arbitration, if necessary.

       The Clerk is instructed to administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

Dated: October 1, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

---

[1] See Zimmerman v. UBS AG, 2018 WL 4054860, at *6 (S.D.N.Y. Aug. 24, 2018), appeal dismissed, 789 F. App'x 914, 915-16 (2d Cir. 2020) (summary order) ("The district court's administrative closure of the case does not constitute a final decision: there is no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which we will assume was made for administrative or statistical convenience.").